UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>        Plaintiff,<br><br>    v.<br><br>RHJ REAL ESTATE INVESTMENTS, LLC,<br><br>        Defendant. | Case No. 21-cv-02598-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL**<br><br>Regarding Docket Nos. |

The parties filed a notice of settlement in which they advised the Court that the above captioned matter has provisionally settled. In light of the settlement, the Court HEREBY ORDERS that this action is DISMISSED without prejudice; provided, however that if any party hereto shall certify to this Court within ninety days, with proof of service, that the settlement was not consummated or that the agreed consideration for settlement has not been delivered over, the foregoing order shall stand vacated and this case shall be restored to the calendar and set for trial. If no certification is filed, after passage of ninety days, the dismissal shall be with prejudice.

**IT IS SO ORDERED**.

Dated: August 25, 2021

_____
SALLIE KIM
United States Magistrate Judge